IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>KIRK COTTOM,<br><br>        Defendant. | **8:13CR108; 8:15CR239**<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order entered herein, judgment is entered in favor of the plaintiff and against the defendant.

Dated this 31st day of August, 2018.

                                          BY THE COURT:

                                          s/ Joseph F. Bataillon
                                          Senior United States District Judge